# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>GINGER LILLIAN CARLIN<br><br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:22-mj-94<br>)<br>)  **UNDER SEAL**<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 2019 through February 2020__ in the city/county of __Stafford__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841 and 846 | Conspiracy to Distribute 50 grams or more of Methamphetamine (actual). |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Madeleine Case and Bibeane Metsch
*Printed name and title*

*Complainant's signature:* ALBERTSON

DEA Task Force Officer Matthew Albertson
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

Date: 04/27/2022

*Judge's signature:* Theresa C. Buchanan (Digitally signed 2022.04.27 15:03:48 -04'00')

City and state: Alexandria, Virginia

The Honorable Theresa C. Buchanan, U.S. Magistrate Judge
*Printed name and title*