JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet                             U.S. District Court

**Place of Offense:**      Under Seal: Yes _X_ No ___      Judge Assigned: _____

City _____      Superseding Indictment _____      Criminal Number: _____

County/Parish Stafford      Same Defendant _____      New Defendant _X_

Magistrate Judge Case Number 1:22-mj-94      Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: 1:20-cr-78 (US v Walker), 1:20-cr-72 (US v Miller)

**Defendant Information:**

**Juvenile --Yes** ___ **No** _X_ **FBI #** 887998NB2

**Defendant Name:** GINGER LILLIAN CARLIN      Alias Name(s) _____

**Address:** _____

**Employment:** _____

**Birth date** 1976    **SS#** 9297    **Sex** F    Def Race White    Nationality    U.S. Citizen    Place of Birth Washington, DC

**Height** 5'04    **Weight** 150    **Hair** Brown    Eyes Brown    Scars/Tattoos Tattoo on Buttocks, Tattoo on Abdomen, and Tattoo on Shoulder

**Interpreter:** _X_ No ___ Yes List language and/or dialect: _____ Automobile Description _____

Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody      ___ On Pretrial Release      _X_ Not in Custody

_X_ Arrest Warrant Requested      ___ Fugitive      ___ Summons Requested

___ Arrest Warrant Pending      ___ Detention Sought      ___ Bond

Defense Counsel Information:

Name: Sicilia Englert      _X_ Court Appointed      Counsel conflicted out: _____

Address: 1800 Diagonal Road, #600, Alexandria, VA 22314      ___ Retained

Telephone: 703-636-2261      ___ Public Defender      Federal Public Defender's Office conflicted out: YES

U.S. Attorney Information:

AUSA Bibeane Metsch Madeleine Case      Telephone No: 703-299-3700      Bar # _____

Complainant Agency, Address & Phone Number or Person & Title:

Matthew Albertson, Special Agent, Drug Enforcement Administration

U.S.C. Citations:

| | **Code/Section** | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841 and 846 | Conspiracy to Distribute 50 grams or more of Methamphetamine (actual) | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

**Date:** April 27, 2022      Signature of AUSA: /s/ _____