TYPE OF HEARING: IR5
CASE NUMBER: 22mj94
MAGISTRATE JUDGE: John F. Anderson
DATE: 5/31/22
TIME: 2PM
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Ginger Lillian Carlin

GOVT. ATTY: Madeleine Case / Bibi Metsch
DEFT'S ATTY: w/out counsel
DUTY AFPD: _____
INTERPRETER/LANGUAGE _____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (X)
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL (X)  FPD ( ) CJA (X) Conflict List (X)
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. ( )

Govt is seeking detention - granted pending PH/DH

BOND: Deft remanded.

NEXT COURT APPEARANCE  6/2/22   TIME 2PM
PH/DH - JFA

5 min.