AO 442 (Rev. 01/09) Arrest Warrant

8572531

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2022 MAY 31 P 12: 56

| | |
|---|---|
| United States of America<br>v.<br><br>GINGER LILLIAN CARLIN<br><br>*Defendant* | )<br>)<br>) Case No. 1:22-mj-94<br>)<br>) **UNDER SEAL**<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* GINGER LILLIAN CARLIN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Distribute 50 grams or more of Methamphetamine (actual), in violation of 21 U.S.C. §§ 841 and 846.

Date: 04/27/2022

Theresa C. Buchanan
Digitally signed by Theresa C. Buchanan
Date: 2022.04.27 15:03:28 -04'00'

*Issuing officer's signature*

City and state: Alexandria, Virginia

The Honorable Theresa C. Buchanan, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 04/27/2022, and the person was arrested on *(date)* 05/31/2022
at *(city and state)* ALEXANDRIA, VA.

Date: 05/31/2022

TFO. Matt Albertson
*Arresting officer's signature*

TFO. MATT ALBERTSON
*Printed name and title*