TYPE OF HEARING: **PH/DH**
CASE NUMBER: **22mj94**
MAGISTRATE JUDGE: John F. Anderson
DATE: **6/2/22**
TIME: **2PM**
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

**Ginger Lillian Carlin**

GOVT. ATTY: **Madeleine Case / Bibi Metsch**
DEFT'S ATTY: **Thomas Walsh –**
DUTY AFPD: **through counsel**

INTERPRETER/LANGUAGE: _____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( )
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL ( ) FPD ( ) CJA ( ) Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. ( )

**Matter came on for PH/DH. Deft unable to appear in court this afternoon.**

BOND **Matter reset for PH/DH.**

NEXT COURT APPEARANCE **6/3/22**   TIME **2PM**
**PH/DH – JFA**

**8 min.**