# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **1:22mj-94** |
| | ) | |
| **GINGER CARLIN,** | ) | **Honorable John Anderson** |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S NOTICE OF WAIVER OF APPEARANCE FOR DETENTION HEARING

COMES NOW, Ginger Carlin, Defendant, through counsel, and respectfully moves this Court to waive her appearance and allow counsel to argue the detention hearing and reserve on the probable cause hearing.

Respectfully submitted,

Ginger Carlin
By counsel

PETROVICH & WALSH, PLC

BY: _____/s/_____
Thomas B. Walsh, VSB 36363
10605 Judicial Drive, A-5
Fairfax, VA 22030
Telephone: (703) 934-9191
Facsimile: (703) 934-1004

1

       E-mail: tw@pw-lawfirm.com
       Counsel for Defendant

## CERTIFICATE OF SERVICE

    I hereby certify that on June 2, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

                                        _____/s/_____