IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:22-MJ-94 |
| | ) |
| GINGER CARLIN | ) |
| | ) |
| Defendant. | ) |

## ORDER

This case comes before the court upon the defendant's motion (Docket no. 14) by and through counsel, Thomas Walsh, to waive defendant's appearance at her detention hearing. As the attorney for United States does not object, the court grants the motion.

The defendant's appearance is hereby waived at her detention hearing.

Entered this 3rd day of June, 2022.

/S/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia