TYPE OF HEARING: **PH/DH**
CASE NUMBER: **22mj94**
MAGISTRATE JUDGE: John F. Anderson
DATE: **6/3/22**
TIME: **2PM**

EASTERN DISTRICT OF VIRGINIA

TAPE: FTR RECORDER

UNITED STATES OF AMERICA

VS.

**Ginger Lillian Carlin**

GOVT. ATTY: **Madeleine Case / Bibi Metsch**

DEFT'S ATTY: **Thomas Walsh**

DUTY AFPD: _____

INTERPRETER/LANGUAGE _____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( )
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL ( **No** ) FPD ( ) CJA ( ) Conflict List ( )
Counsel for the parties ~~and the defendant~~ were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. ( **X** )

**Gov't is seeking detention — Deft argues for release with conditions — Granted —**

BOND **Deft remanded to the custody of the USMS until all conditions are met.**

NEXT COURT APPEARANCE **6/16/22** TIME **2PM**
**PH**

**23min.**