IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JUN - 3 2022

UNITED STATES OF AMERICA

v.

GINGER LILLIAN CARLIN

Criminal No. 1:22 mj 94

Defendant.

## ORDER

This matter comes before the Court on its own initiative.  Pursuant to Federal Rule of
Criminal Procedure 5(f) and the Due Process Protections Act, the Court ORDERS the United
States to adhere to the disclosure obligations set forth in *Brady v. Maryland*, 373 U.S. 83 (1963)
and its progeny.  *Brady v. Maryland* instructs that "the suppression by the prosecution of
evidence favorable to an accused" violates due process where the evidence is "material either to
guilt or to punishment, irrespective of the good faith or bad faith of the prosecution." 373 U.S. at
87.  Failure to adhere to this requirement may result in serious consequences, up to and including
exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings,
disciplinary action, or sanctions by the court.

Having given counsel the oral admonition required by the Due Process Protections Act,
this Order serves as the reminder of prosecutorial obligation and duties in accordance with Rule
5(f) and the Eastern District of Virginia Standing Order concerning the same.

It is SO ORDERED.

/s/ JF

John F. Anderson
United States Magistrate Judge

Date: June 3, 2022

Alexandria, Virginia