UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: **BUCHANAN**

UNITED STATES OF AMERICA

HEARING: **PH**   CASE #: **22mj94**

-VS-

DATE: **6/16/22**  TIME: **2:00 p.m.**

**Ginger Carlin**

TYPE: FTR RECORDER   DEPUTY CLERK: TINA FITZGERALD

COUNSEL FOR THE UNITED STATES: **Madeleine Case**
COUNSEL FOR THE DEFENDANT: **Thomas Walsh**
INTERPRETER: _____ LANGUAGE: _____

(X) DEFT APPEARED : (X) W/ COUNSEL (  ) W/O COUNSEL (  ) DUTY FPD PRESENT

(  ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

(  ) COURT TO APPOINT COUNSEL_____  (  ) DFT. TO RETAIN COUNSEL

(  ) GVT. CALL WITNESS & ADDUCES EVIDENCE

(  ) EXHBIT #_____ADMITTED

(X) PROBABLE CAUSE: FOUND (  ) NOT FOUND

(X) PRELIMINARY HEARING WAIVED

(X) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(  ) DEFT. ADMITS VIOLATION (  ) DFT. DENIES VIOLATION (  ) COURT FINDS DFT. IN VIOLATION

MINUTES:
_____
_____

CONDITIONS OF RELEASE:
($   ) UNSECURED ($   ) SECURED (   ) PTS (   ) 3RD PARTY (   ) TRAVEL RESTRICTED
(   ) APPROVED RESIDENCE (   ) SATT (   ) PAY COSTS (   ) ELECTRONIC MONITORING (   ) MENTAL HEALTH TEST/TREAT (   ) ROL (   ) NOT DRIVE (   ) FIREARM (   ) PASSPORT (   ) AVOID CONTACT
(   ) ALCOHOL & DRUG USE (   ) EMPLOYMENT

(   ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
(X) DEFENDANT CONTINUED ON CONDITIONS OF SUPERVISED (   ) PROBATION (   ) RELEASE (X) BOND

NEXT COURT APPEARANCE: _____ at _____ Before _____
(   ) DH (   ) PH (   ) STATUS (   ) TRIAL (   ) JURY (   ) PLEA (   ) SENT (   ) PBV (   ) SRV (   ) R40 (   ) ARR