AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Ginger Carlin<br>*Defendant* | )<br>)<br>) Case No. 22 MJ-94<br>)<br>) |

**FILED JUN 16 2022 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA**

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 6/16/22

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Thomas B. Walsh  36363 VA
*Printed name and bar number of defendant's attorney*

10605 Judicial Dr A-5
Fairfax
*Address of defendant's attorney*

TW@PW-LawFirm.com
*E-mail address of defendant's attorney*

703-934-9191
*Telephone number of defendant's attorney*

_____
*FAX number of defendant's attorney*