Page 1
PS-8 (12/04)
VAE (rev 9/19)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Ginger Lillian Carlin  Docket No. 0422 1:22-00094M

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Mariel G. Stewart, PROBATION OFFICER, presenting an official report upon the conduct of defendant Ginger Lillian Carlin, who was placed under pretrial release supervision by the Honorable John F. Anderson, United States Magistrate Judge, sitting in the Court at 401 Courthouse Square, Alexandria, VA 22314, on June 3, 2022, under the following conditions:

1. Report to Pretrial Services as directed;
2. Release to and reside in the third-party custody of her parents, Terry Bray and Julie Bray, and not move from that residence without prior approval of Pretrial Services or the Court;
3. Maintain viable employment as directed by Pretrial Services;
4. Avoid all contact with any co-defendants, potential witnesses, or victims related to the charged offense unless in the presence of counsel to include her boyfriend Mr. Hutchins;
5. Not possess a firearm, destructive device, or other weapon. Need to be removed from the home and verified;
6. Submit to substance abuse testing and/or treatment as directed by Pretrial Services;
7. Submit to mental health testing and/or treatment as directed by Pretrial Services; and
8. Report as soon as possible, to the Pretrial Services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

On August 3, 2022, the defendant submitted a urine specimen which screen positive for marijuana, amphetamine, and methamphetamine. That same date, the defendant admitted to eating an edible marijuana cookie. On August 5, 2022, after initially denying methamphetamine use, the defendant admitted to using methamphetamine.

**PRAYING THAT THE COURT WILL ORDER** a summons be issued so that he may show cause as to why the conditions of her release should not be revoked.

Returnable Date: August 23, 2022  10:00 AM

**ORDER OF COURT**

Considered and ordered this 8th day of August, 2022 and ordered filed and made a part of the records in the above case.

/s/ JFA
John F. Anderson
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: August 8, 2022

*Mariel G. Stewart*  Mariel G. Stewart
2022.08.08 14:02:54 -04'00'

Mariel G. Stewart
U.S. Probation Officer
(703) 299-2260

Place: Alexandria