AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 1:22-MJ-94 |
| GINGER L. CARLIN | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint   ☐ Probation Violation Petition   ☑ Pre-Trial Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | United States District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 501 |
|---|---|---|
| | | Date and Time: 08/23/2022 10:00 am |

This offense is briefly described as follows:
Please see attached Petition.

Date: August 8, 2022

/s/ John F. Anderson
United States Magistrate Judge
*Issuing officer's signature*

John F. Anderson, United States Magistrate Judge
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons       ☐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*