AO 83 (Rev 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>GINGER L. CARLIN<br><br>*Defendant* | )<br>)<br>)<br>) Case No. 1:22-MJ-94<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint ☐ Probation Violation Petition ☒ Pre-Trial Release Violation Petition ☐ Violation Notice ☐ Order of Court

Place: United States District Court
401 Courthouse Square
Alexandria, VA 22314

Courtroom No.: 501

Date and Time: 08/23/2022 10:00 am

This offense is briefly described as follows:
Please see attached Petition.

Date: August 8, 2022

/s/
John F. Anderson
United States Magistrate Judge
*Issuing officer's signature*

John F. Anderson, United States Magistrate Judge
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons     ☐ Returned this summons unexecuted

Date: 8/18/22

*Server's signature*

Vincent Cruse DUSM
*Printed name and title*